**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION, | * * * * | MDL NO. 1431 (MJD/JGL) |
| This document relates to: MARY E. ALLEN | * * * | NO. 02-450 ORDER ~~STIPULATION~~ OF DISMISSAL |
| VERSUS | * * * | |
| BAYER CORPORATION AND SMITHKLINE BEECHAM CORPORATION | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS HEREBY ORDERED** pursuant to the above Stipulation that Plaintiff's Complaint in the above-referenced matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ______ day of NOV 0 8 2004, 2004.

Michael J. Davis

UNITED STATES DISTRICT COURT JUDGE

NOV 8 2004